UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                    Chapter 11

**ROMAD REALTY, INC.,**                                    Case No.: 15-20007-rdd

                                  Debtor.
---------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF NEW YORK  )

      **David Goldwasser**, being duly sworn, deposes and says:

      1.     I am the president of **Romad Realty, Inc.** (the "Debtor"), and am fully familiar with the facts set forth herein.

      2.     The Debtor owns an apartment building located at 2201 Davidson Avenue, Bronx, New York which is made up of 48 residential units.

      3.     No pre-petition committee was organized prior to the Order for relief.

      4.     The Debtor's secured creditors are as listed on Schedule D.

      5.     A summary of the Debtor's assets and liabilities is set forth on the summary of schedules annexed to the petition.

      6.     The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Exhibit "A" to this affidavit.

      7.     All suits or proceedings in which the Debtor is named as a party are listed in the Debtor's Statement of Financial Affairs.

      8.     No property of the Debtor is in the possession and control of a receiver for the benefit of mortgagees and creditors.

9.     The Debtor's emergency filing was precipitated by a pending tax foreclosure.  In order to stay the tax foreclosure and preserve certain deadlines, the Debtor was forced to file for chapter 11 protection.

10.     The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to preserve priorities of creditors.

11.     The estimated amount of payroll due the Debtor's employees, exclusive of officers, for a period of thirty days following the filing of the petition is $0.00.

12.     Salaries currently being paid by the Debtor to the officers approximate $0.00 per month.]

13.     The estimated operating expense of the Debtor for the next **thirty days** is:

### INCOME

| | |
|---|---|
| **Total Estimated Income:** | **$48,000.00** |

### EXPENSES

| | |
|---|---|
| Insurance | $4,166.00 |
| Electric | $584.00 |
| Fuel | $6,250.00 |
| Water | $4,200.00 |
| Real Estate Taxes | $4,150.00 |
| Management Fees | $5,830.00 |
| Maintenance | $2,500.00 |
| Legal | $585.00 |
| **Total Estimated Expenses:** | **$28,265.00** |
| **NET INCOME:** | **$19,735.00** |

/s/ _____

**David Goldwasser**
**President, Romad Realty, Inc.**

Sworn to before me this
**th day of November, 2015**

S/ _____

**Notary Public, State of New York**
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2018

392093

## Exhibit A

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re  ROMAD REALTY INC.,  |  Case No.  15-20007
Debtor

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| RH9 HOLDINGS, LLC 115 BROADWAY ROOM 302 NEW YORK, NEW YORK 10006 | | | | $240,000.00 |
| NEW YORK WATER MANAGEMENT 240 OCEAN PARKWAY BROOKLYN, NEW YORK 11218 | | | | $125,000.00 |
| WHITE OAK PROFIT SHARING PLAN 2 WEST 45TH STREET SUITE #1704 NEW YORK, NEW YORK 10036 | | | | $100,000.00 |
| GOLDBERG & RIMBERG PLLC 115 BROADWAY ROOM 302 NEW YORK, NEW YORK 10006 | | | | $45,732.00 |

B 4 (Official Form 4) (12/07)

| | |
|---|---|
| FASTEN HALBERSTAN LLP 30 BROAD STREET 24TH FLOOR NEW YORK, NEW YORK 10004 | $11,500.00 |
| NYC - BUREAU OF FIRE PREVENTION CHURCH STREET STATION PO BOX 840 NEW YORK, NEW YORK 10008 | $90.00 |

Date: _____

_____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, DAVID GOLDWASSER, the president of ROMAD REALTY INC. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: ___11/10/15_____          _____
                                        DAVID GOLDWASSER, President

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re

**ROMAD REALTY INC.** _____,
*Debtor*

Case No. **15-20007** _____

Chapter _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 4,500,000.00 | | |
| B - Personal Property | | | $   101,541.59 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $   6,397,530.32 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $   0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $   522,322.00 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 0 | $ 4,601,541.59 | $ 6,919,852.32 | |

B6A (Official Form 6A) (12/07)

In re **ROMAD REALTY INC.,**
_____
           **Debtor**

Case No.   **15-20007**
_____
        **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| REAL PROPERTY LOCATED AT 2201 DAVIDSON AVENUE, BRONX, NEW YORK<br><br>**Notes:** SUBJECT TO VALAUTION | | | $4,500,000.00 | |

Total ▶    $4,500,000.00

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  ROMAD REALTY INC.,                                    Case No.   15-20007
_____                             _____
                    **Debtor**                                            **(If known)**

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ACCOUNT HELD BY MANAGEMENT COMPANY | | $20,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  ROMAD REALTY INC.,                                      Case No.   15-20007
                                    Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 16. Accounts receivable. | | RENT RECEIVABLE | | $51,541.59 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |

B 6B  (Official Form 6B) (12/2007)

In re **ROMAD REALTY INC.,**                                    Case No.   <u>15-20007</u>
_____
                **Debtor**           .                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | VARIOUS APARTMENT FIXTURES | $30,000.00 |
| **Notes:** SUBJECT TO VALUATION | | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

<u>2</u> continuation sheets attached        Total ▶

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

$101,541.59

B 6D (Official Form 6D) (12/07)

In re **ROMAD REALTY INC.**               ,      Case No. **15-20007**
                 **Debtor**                                           **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NYC DEPT OF ENVIRONMENTAL PROTECTION 1932 ARTHUR AVENUE, 6TH FLOOR BRONX, NY 10457** | | | VALUE $     **$0.00** | | | X | **$529,205.91** | **$0.00** |
| ACCOUNT NO. **NYC DEPT OF FINANCE 66 JOHN STREET, ROOM 104 NEW YORK, NY 10038** | | | VALUE $     **$0.00** | | | X | **$5,868,324.41** | **$0.00** |
| ACCOUNT NO. | | | VALUE $     **$0.00** | | | | **$0.00** | |

   **0**   continuation sheets attached

Subtotal ▶
(Total of this page)     $    **6,397,530.32**    $     **0.00**

Total ▶
(Use only on last page)     $    **6,397,530.32**    $     **0.00**

(Report also on Summary of Schedules.)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13)

In re  **ROMAD REALTY INC.** _____,      Case No. **15-20007** _____
                                Debtor                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___**2**___  continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re **ROMAD REALTY INC.**_____,    Case No. **15-20007**_____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units
Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| CORP. COUNSEL FOR NEW YORK CITY 52 DUANE STREET NEW YORK, NY 10007 | | | | X | X | X | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| Account No. | | | | | | | | | |
| INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19114 | | | | X | X | X | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| Account No. | | | | | | | | | |
| NEW YORK STATE DEPARTMENT OF FINANCE BANKRUPTCY/SPECIAL PROCEDURES SECT, P.O. BOX 5300 ALBANY, NY 12205-0300 | | | | X | X | X | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  |  |  |  |
|---|---|---|---|
| Subtotals➤ (Totals of this page) | $ 0.00 | $ 0.00 | $0.00 |
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re **ROMAD REALTY INC.**_____,    Case No. **15-20007**_____
            Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. NYC DEPARTMENT OF FINANCE ATTN: LEGAL AFFAIRS - DEVORA COHN, 345 ADAMS STREET, 3RD FL BROOKLYN, NY 11201 | | | | X | X | X | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| Account No. OFFICE OF THE ATTORNEY GENERAL THE CAPITOL ALBANY, NY 12224 | | | | X | X | X | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| Account No. UNITED STATES ATTORNEY'S OFFICE ATTN: TAX & BANKRUPTCY UNIT 86 CHAMBERS STREET, THIRD FLOOR NEW YORK, NY 10007 | | | | X | X | X | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals➤ (Totals of this page) | $ 0.00 | $ 0.00 | $0.00 |
|---|---|---|---|---|
| | Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| | Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 0.00 | $ 0.00 |

B 6F (Official Form 6F) (12/07)

In re **ROMAD REALTY INC.**                                              , Case No. **15-20007**
_____        _____
                            Debtor                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>4 IRVING PLACE<br>ATNN: DEAN R. BROWN<br>NEW YORK, NY 10003 | | | | X | X | X | N/A |
| ACCOUNT NO.<br><br>FASTEN HALBERSTAN LLP<br>30 BROAD STREET<br>24TH FLOOR<br>NEW YORK, NY 10004 | | | | | | | $11,500.00 |
| ACCOUNT NO.<br><br>GOLDBERG & RIMBERG PLLC<br>115 BROADWAY<br>ROOM 302<br>NEW YORK, NY 10006 | | | | | | | $45,732.00 |
| ACCOUNT NO.<br><br>NEW YORK WATER MANAGEMENT<br>240 OCEAN PARKWAY<br>BROOKLYN, NY 11218 | | | | | | | $125,000.00 |

_1_ continuation sheets attached

Subtotal▶  $  **182,232.00**

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **ROMAD REALTY INC.** _____ ,        Case No. **15-20007**
                          **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>NYC - BUREAU OF FIRE PREVENTION CHURCH STREET STATION PO BOX 840 NEW YORK, NY 10008 | | | | | | | $90.00 |
| ACCOUNT NO. <br><br>RH9 HOLDINGS, LLC 115 BROADWAY ROOM 302 NEW YORK, NY 10006 | | | | | | | $240,000.00 |
| ACCOUNT NO. <br><br>WHITE OAK PROFIT SHARING PLAN 2 WEST 45TH STREET SUITE #1704 NEW YORK, NY 10036 | | | | | | | $100,000.00 |
| | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **340,090.00**

Total► $ **522,322.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **ROMAD REALTY INC.,**                                    Case No.   **15-20007**
                                    **Debtor**                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TENANT LEASES | Description: SEE ATTACHED FOR TENANT SCHEDULE<br><br>Nature of Debtor's Interest: TENANT LEASES |

ROMAD MANAGMENT
## ANALYSIS OF CHARGES AND COLLECTIONS
FOR PERIOD ENDING 11/2015

Page : 1

Saturday, November 07, 2015

| Unit ID | TENANT | Status | LEASE DESCRIPTION | UNIT SQ. FT | OPENING BALANCE | CURRENT CHARGES/ CREDITS | | PAYMENTS RECEIVED | CLOSING BALANCE | LEGAL STATUS |
|---------|--------|--------|-------------------|-------------|-----------------|--------------------------|--|-------------------|-----------------|--------------|
| 1A | ADE DEGANTE | Current | N/A | 0.00 | 1,300.00 **1,300.00** | 1,300.00 **1,300.00** | Rent | 850.00 **850.00** | 1,750.00 **1,750.00** | |
| 1B | SARA REYES | Current | N/A | 0.00 | 1,137.82 **1,137.82** | 1,137.82 **1,137.82** | Rent | 1,575.00 **1,575.00** | 700.64 **700.64** | |
| 1C | ANGEL RICO | Current | N/A | 0.00 | 1,109.39 **1,109.39** | 1,109.39 **1,109.39** | Rent | 0.00 **0.00** | 2,218.78 **2,218.78** | |
| 1D | JOBE HUGHES | Current | N/A | 0.00 | 975.00 **975.00** | 975.00 **975.00** | Rent | 975.00 **975.00** | 975.00 **975.00** | |
| 1E | LUIS CORDERO | Current | N/A | 0.00 | 1,100.86 **1,100.86** | 1,100.86 **1,100.86** | Rent | 1,100.86 **1,100.86** | 1,100.86 **1,100.86** | |
| 1F | CATHERINE RODRIGUEZ | Current | N/A | 0.00 | 1,071.83 **1,071.83** | 1,071.83 **1,071.83** | Rent | 0.00 **0.00** | 2,143.66 **2,143.66** | |
| 1G | MARIA TAVAREZ | Current | N/A | 0.00 | 1,225.07 **1,225.07** | 1,225.07 **1,225.07** | Rent | 1,225.00 **1,225.00** | 1,225.14 **1,225.14** | |
| 1H | ADELAIDA MARTINEZ ORTEGA | Current | N/A | 0.00 | 1,000.00 **1,000.00** | 1,000.00 **1,000.00** | Rent | 1,107.50 **1,107.50** | 892.50 **892.50** | |
| 2A | JOHN HOUSTON | Current | N/A | 0.00 | 858.88 **858.88** | 858.88 **858.88** | Rent | 858.00 **858.00** | 859.76 **859.76** | |
| 2B | ANASTACIO DEGANTE | Current | N/A | 0.00 | 1,200.00 **1,200.00** | 1,200.00 **1,200.00** | Rent | 0.00 **0.00** | 2,400.00 **2,400.00** | |
| 2C | ANTURO MIRANDA | Current | N/A | 0.00 | 1,185.25 **1,185.25** | 1,185.25 **1,185.25** | Rent | 0.00 **0.00** | 2,370.50 **2,370.50** | |
| 2D | AURA SOSA | Current | N/A | 0.00 | 1,185.25 **1,185.25** | 1,185.25 **1,185.25** | Rent | 850.00 **850.00** | 1,520.50 **1,520.50** | |
| 2E | LEYDA BARRERA | Current | N/A | 0.00 | 1,131.37 **1,131.37** | 1,131.37 **1,131.37** | Rent | 1,350.00 **1,350.00** | 912.74 **912.74** | |

ANALYSIS OF CHARGES AND COLLECTIONS

ROMAD MANAGMENT

## ANALYSIS OF CHARGES AND COLLECTIONS

FOR PERIOD ENDING 11/2015

| Unit ID | TENANT | Status | LEASE DESCRIPTION | UNIT SQ. FT | OPENING BALANCE | CURRENT CHARGES/ CREDITS | | PAYMENTS RECEIVED | CLOSING BALANCE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2F | DEIDANIA POLANCO | Current | N/A | 0.00 | 1,040.05 **1,040.05** | 1,040.05 **1,040.05** | Rent | 1,125.00 **1,125.00** | 955.10 **955.10** | |
| 2G | MONSERATTE ROSADO | Current | N/A | 0.00 | 862.05 **862.05** | 862.05 **862.05** | Rent | 0.00 **0.00** | 1,724.10 **1,724.10** | |
| 2H | GLORIA JIMENEZ | Current | N/A | 0.00 | 1,050.00 **1,050.00** | 1,050.00 **1,050.00** | Rent | 0.00 **0.00** | 2,100.00 **2,100.00** | |
| 3A | MICHAEL JOSEPH | Current | N/A | 0.00 | 919.72 **919.72** | 919.72 **919.72** | Rent | 919.12 **919.12** | 920.32 **920.32** | |
| 3B | ALBERTO VASQUEZ | Current | N/A | 0.00 | 878.45 **878.45** | 878.45 **878.45** | Rent | 0.00 **0.00** | 1,756.90 **1,756.90** | |
| 3C | VERONICA ARELLANO | Current | N/A | 0.00 | 1,228.35 **1,228.35** | 1,228.35 **1,228.35** | Rent | 0.00 **0.00** | 2,456.70 **2,456.70** | |
| 3D | CARMEN GRAHAM | Current | N/A | 0.00 | 861.15 **861.15** | 861.15 **861.15** | Rent | 861.00 **861.00** | 861.30 **861.30** | |
| 3E | KEITHLEY BARTHLEY | Current | N/A | 0.00 | 1,050.40 **1,050.40** | 1,050.40 **1,050.40** | Rent | 0.00 **0.00** | 2,100.80 **2,100.80** | |
| 3F | ANITA HOUSTON | Current | N/A | 0.00 | 1,077.50 **1,077.50** | 1,077.50 **1,077.50** | Rent | 1,077.50 **1,077.50** | 1,077.50 **1,077.50** | |
| 3G | MARIA TOUSSANT | Current | N/A | 0.00 | 1,022.87 **1,022.87** | 1,022.87 **1,022.87** | Rent | 1,023.00 **1,023.00** | 1,022.74 **1,022.74** | |
| 3H | EUROD NATHANIEL | Current | N/A | 0.00 | 993.31 **993.31** | 993.31 **993.31** | Rent | 950.00 **950.00** | 1,036.62 **1,036.62** | |
| 4A | YESENIA DEGANTE | Current | N/A | 0.00 | 1,293.00 **1,293.00** | 1,293.00 **1,293.00** | Rent | 750.00 **750.00** | 1,836.00 **1,836.00** | |
| 4B | TANVIR WAHID | Current | N/A | 0.00 | 1,140.00 **1,140.00** | 1,140.00 **1,140.00** | Rent | 0.00 **0.00** | 2,280.00 **2,280.00** | |

ANALYSIS OF CHARGES AND COLLECTIONS

ROMAD MANAGMENT

## ANALYSIS OF CHARGES AND COLLECTIONS
FOR PERIOD ENDING 11/2015

Page : 3

| Unit ID | TENANT | Status | LEASE DESCRIPTION | UNIT SQ. FT | OPENING BALANCE | CURRENT CHARGES/ CREDITS | | PAYMENTS RECEIVED | CLOSING BALANCE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 4C | STEVE GARSON | Current | N/A | 0.00 | 1,434.93 | 1,434.93 | Rent | 1,436.00 | 1,433.86 | |
| | | | | | **1,434.93** | **1,434.93** | | **1,436.00** | **1,433.86** | |
| 4D | CARLOS HERNANDEZ | Current | N/A | 0.00 | 1,138.03 | 1,138.03 | Rent | 0.00 | 2,276.06 | |
| | | | | | **1,138.03** | **1,138.03** | | **0.00** | **2,276.06** | |
| 4E | DARLING CARABALLO | Current | N/A | 0.00 | 1,060.50 | 1,060.50 | Rent | 1,127.05 | 993.95 | |
| | | | | | **1,060.50** | **1,060.50** | | **1,127.05** | **993.95** | |
| 4F | JUNIE PETERS | Current | N/A | 0.00 | 1,050.00 | 1,050.00 | Rent | 0.00 | 2,100.00 | |
| | | | | | **1,050.00** | **1,050.00** | | **0.00** | **2,100.00** | |
| 4G | KELVIN OMONZANE | Current | N/A | 0.00 | 879.02 | 879.02 | Rent | 879.00 | 879.04 | |
| | | | | | **879.02** | **879.02** | | **879.00** | **879.04** | |
| 4H | YOLANDA ANTONIO | Current | N/A | 0.00 | 1,042.53 | 1,042.53 | Rent | 800.00 | 1,285.06 | |
| | | | | | **1,042.53** | **1,042.53** | | **800.00** | **1,285.06** | |
| 5A | LUCERO RODRIGUEZ | Current | N/A | 0.00 | 1,273.94 | 1,273.94 | Rent | 0.00 | 2,547.88 | |
| | | | | | **1,273.94** | **1,273.94** | | **0.00** | **2,547.88** | |
| 5B | JOSEPHINE RAMOS | Current | N/A | 0.00 | 1,100.00 | 1,100.00 | Rent | 0.00 | 2,200.00 | |
| | | | | | **1,100.00** | **1,100.00** | | **0.00** | **2,200.00** | |
| 5C | JENNIFER NATAL | Current | N/A | 0.00 | 882.70 | 882.70 | Rent | 283.00 | 1,482.40 | |
| | | | | | **882.70** | **882.70** | | **283.00** | **1,482.40** | |
| 5D | MARCIA ABRAHAMS | Current | N/A | 0.00 | 1,033.92 | 1,033.92 | Rent | 650.00 | 1,417.84 | |
| | | | | | **1,033.92** | **1,033.92** | | **650.00** | **1,417.84** | |
| 5E | BREILY POLANCO | Current | N/A | 0.00 | 1,044.96 | 1,044.96 | Rent | 1,018.86 | 1,071.06 | |
| | | | | | **1,044.96** | **1,044.96** | | **1,018.86** | **1,071.06** | |
| 5F | CARLOS TAPIA FUENTES | Current | N/A | 0.00 | 1,100.00 | 1,100.00 | Rent | 0.00 | 2,200.00 | |
| | | | | | **1,100.00** | **1,100.00** | | **0.00** | **2,200.00** | |
| 5G | LILLA SPROUL | Current | N/A | 0.00 | 808.61 | 808.61 | Rent | 746.99 | 870.23 | |
| | | | | | **808.61** | **808.61** | | **746.99** | **870.23** | |

ANALYSIS OF CHARGES AND COLLECTIONS

Page : 4

ROMAD MANAGMENT

## ANALYSIS OF CHARGES AND COLLECTIONS
FOR PERIOD ENDING 11/2015

| Unit ID | TENANT | Status | LEASE DESCRIPTION | UNIT SQ. FT | OPENING BALANCE | CURRENT CHARGES/ CREDITS | | PAYMENTS RECEIVED | CLOSING BALANCE | LEGAL STATUS |
|---------|--------|--------|-------------------|-------------|-----------------|--------------------------|---|-------------------|-----------------|--------------|
| 5H | CARMELA GARCIA | Current | N/A | 0.00 | 1,100.00 | 1,100.00 | Rent | 1,500.00 | 700.00 | |
| | | | | | **1,100.00** | **1,100.00** | | **1,500.00** | **700.00** | |
| 6A | HYACINTH DAVIS | Current | N/A | 0.00 | 2,043.49 | 1,021.49 | Rent | 2,044.00 | 1,020.98 | |
| | | | | | **2,043.49** | **1,021.49** | | **2,044.00** | **1,020.98** | |
| 6B | NORA BROWN | Current | N/A | 0.00 | 1,087.78 | 1,087.78 | Rent | 450.00 | 1,725.56 | |
| | | | | | **1,087.78** | **1,087.78** | | **450.00** | **1,725.56** | |
| 6C | DERRICK GOMEZ | Current | N/A | 0.00 | 1,150.17 | 1,150.17 | Rent | 950.00 | 1,350.34 | |
| | | | | | **1,150.17** | **1,150.17** | | **950.00** | **1,350.34** | |
| 6D | FELIX JIMENEZ | Current | N/A | 0.00 | 949.93 | 949.93 | Rent | 0.00 | 1,899.86 | |
| | | | | | **949.93** | **949.93** | | **0.00** | **1,899.86** | |
| 6E | MICHAELA SAAVEDRA | Current | N/A | 0.00 | 1,024.64 | 1,024.64 | Rent | 0.00 | 2,049.28 | |
| | | | | | **1,024.64** | **1,024.64** | | **0.00** | **2,049.28** | |
| 6F | NERRIJA DANIEL | Current | N/A | 0.00 | 1,050.40 | 1,050.40 | Rent | 750.00 | 1,350.80 | |
| | | | | | **1,050.40** | **1,050.40** | | **750.00** | **1,350.80** | |
| 6G | LENNY NICASIO | Current | N/A | 0.00 | 1,262.50 | 1,262.50 | Rent | 1,350.00 | 1,175.00 | |
| | | | | | **1,262.50** | **1,262.50** | | **1,350.00** | **1,175.00** | |
| 6H | JOHANNA SOSA | Current | N/A | 0.00 | 1,147.97 | 1,147.97 | Rent | 1,530.90 | 765.04 | |
| | | | | | **1,147.97** | **1,147.97** | | **1,530.90** | **765.04** | |
| | | | Status Total | **0.00** | **52,563.59** | **51,541.59** | | **32,112.78** | **71,992.40** | |

**Property Total**  |  0.00  |  52,563.59  |  51,541.59  |  32,112.78  |  71,992.40

**Miscellaneous Cash Receipts**
No Receipts

| | OPENING BALANCE | CURRENT CHARGES | PAYMENTS RECEIVED | CLOSING BALANCE |
|---|---|---|---|---|
| Rent | 52,563.59 | 51,541.59 | 32,112.78 | 71,992.40 |
| Total | 52,563.59 | 51,541.59 | 32,112.78 | 71,992.40 |

Total   0.00

ANALYSIS OF CHARGES AND COLLECTIONS

Saturday, November 07, 2015

B 6H (Official Form 6H) (12/07)

In re **ROMAD REALTY INC.,**_____     Case No.  **15-20007**_____
                                          **Debtor**                                                              **(if known)**

## SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **ROMAD REALTY INC.**                                    ,        Case No. **15-20007**
            Debtor                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                                           Debtor

Date _____        Signature: _____
                                                                                                           (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                        Social Security No.
of Bankruptcy Petition Preparer                                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
   Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  **DAVID GOLDWASSER**        [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  **ROMAD REALTY INC.**        [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **15** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date ____11/10/15____        Signature: _____

**DAVID GOLDWASSER**
[Print or type name of individual signing on behalf of debtor.]
**PRESIDENT**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re: ROMAD REALTY INC. _____        Case No 15-20007 _____
_____                                 _____
Debtor                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

Debtor:

Current Year (2015):
$0.00                                            TO BE PROVIDED

Previous Year 1 (2014):
$0.00                                            TO BE PROVIDED

Previous Year 2 (2013):
$0.00                                            TO BE PROVIDED

Joint Debtor:
N/A

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of

goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:

None
☒

*c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: HAYWOOD V. ROMAD REALTY, INC. Case Number: 350297/08 | PERSONAL INJURY | SUPREME COURT BRONX COUNTY | PENDING |
| NICASIO V. ROMAD REALTY, INC. Case Number: 305949/2014 | PERSONAL INJURY | SUPREME COURT BRONX COUNTY | PENDING |
| MANDEVILLE V. ROMAD | CONTRACT | SUPREME COURT | PENDING |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

REALTY, INC.                    DISPUTE            BRONX COUNTY
Case Number: 302924/2013

None
☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

## 5. Repossessions, foreclosures and returns

None
☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

## 6. Assignments and receiverships

None
☒    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

## 7. Gifts

None
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case

4

☒   except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or
chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must
include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Debtor:

## 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of
the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED                    DATES OF OCCUPANCY

Debtor:
1584 E 4TH STREET
BROOKLYN, NEW YORK 11223

### 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME              NAME AND ADDRESS              DATE OF              ENVIRONMENTAL
AND ADDRESS            OF GOVERNMENTAL UNIT          NOTICE               LAW

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME              NAME AND ADDRESS              DATE OF              ENVIRONMENTAL
AND ADDRESS            OF GOVERNMENTAL UNIT          NOTICE               LAW

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
|  |  |  |

**18 . Nature, location and name of business**

None
☒

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Debtor:

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

---

**19. Books, records and financial statements**

None
☒
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED

Debtor:
N/A

None
☒
b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                        DATES SERVICES RENDERED

Debtor:
N/A

None
☒
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS

Debtor:
N/A

None
☒
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                             DATE ISSUED

Debtor:
N/A

---

**20. Inventories**

None
☒
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

Debtor:

None
☒
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

Debtor:

---

**21. Current Partners, Officers, Directors and Shareholders**

9

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| N/A | | |

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| DAVID GOLDWASSER C/O GC REALTY ADVISORS LLC, 7280 W. PALMETTO PARK ROAD, SUITE 106-N BOCA RATON, FLORIDA 33433 | PRESIDENT | |
| 2201 DAVISON NY HOLDINGS LLC C/O GC REALTY ADVISORS LLC, 7280 W. PALMETTO PARK ROAD, SUITE 106-N BOCA RATON, FLORIDA 33433 | | 100 |

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| N/A | | |

None
☐

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| DAVID SUTTON 1584 E 4TH STREET BROOKLYN, NEW YORK 11223 | PRIOR OWNER | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

10

N/A

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

\* \* \* \* \* \*

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____11/10/15_____          Signature _____

Print Name
and Title      DAVID GOLDWASSER, PRESIDENT

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 203
(12/94)

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF NEW YORK

In re

**ROMAD REALTY INC.**

Case No.  **15-20007**

**Debtor**

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.SC. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

☐ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor        ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

_____          _____
        Date                                      **A. MITCHELL GREENE**
                                            *Signature of Attorney*

                                          **See Attachment 1**
                                  _____
                                            *Name of law firm*

# Attachment

**Attachment 1**

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:

ROMAD REALTY INC.,

Debtor

Case No.   15-20007

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| 2201 DAVIDSON NY HOLDINGS LLC C/O GC REALTY ADVISORS LLC, 7280 W. PALMETTO PARK ROAD, SUITE 106-N BOCA RATON, FLORIDA 33433 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _DAVID GOLDWASSER, PRESIDENT_ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: ___11/10/15___                    Signature: _____

Printed Name:   DAVID GOLDWASSER

Title:   PRESIDENT

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

List of Equity Security Holders – Page 1

# United States Bankruptcy Court
### Southern District of New York

In re  **ROMAD REALTY INC.**                                Case No.  **15-20007**

        Debtor.                                             Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  **ROMAD REALTY INC.**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:


_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:


OR,

  **X**  There are no entities to report.


By:_____

        **A. MITCHELL GREENE**
        Signature of Attorney

        Counsel for
        Bar no.:
        Address.: **875 THIRD AVENUE, 9TH FLOOR**
                  **NEW YORK, New York 10022**

        Telephone No.: **(212) 603-6300**
        Fax No.:
        E-mail address:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   **ROMAD REALTY INC.**
_____
Debtors

Case No.  **15-20007**_____

Chapter  **11**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  _11/10/15_____     Signed:  _____

Dated:  _____     Signed:  _____

Signed:  _____

Attorney for Debtor(s)
Bar no.:

Telephone No.:
Fax No.:
E-mail address:

```
                        Romad Creditor Matrix.txt
IN RE ROMAD REALTY INC., CASE NO. 15-20007

ROMAD REALTY INC.
2201 DAVIDSON AVENUE
BRONX, NY 10453

A. MITCHELL GREENE
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10022

2201 DAVIDSON NY HOLDINGS LLC
C/O GC REALTY ADVISORS LLC, 7280 W. PALM
BOCA RATON, FL 33433

CONSOLIDATED EDISON COMPANY OF NEW YORK,
4 IRVING PLACE
ATNN: DEAN R. BROWN
NEW YORK, NY 10003

CORP. COUNSEL FOR NEW YORK CITY
52 DUANE STREET
NEW YORK, NY 10007

FASTEN HALBERSTAN LLP
30 BROAD STREET
24TH FLOOR
NEW YORK, NY 10004

GOLDBERG & RIMBERG PLLC
115 BROADWAY
ROOM 302
NEW YORK, NY 10006

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114

NEW YORK STATE DEPARTMENT OF FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECT,
ALBANY, NY 12205-0300

NEW YORK WATER MANAGEMENT
240 OCEAN PARKWAY
BROOKLYN, NY 11218

NYC - BUREAU OF FIRE PREVENTION
CHURCH STREET STATION
PO BOX 840
NEW YORK, NY 10008

NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN, 345 A
BROOKLYN, NY 11201

NYC DEPT OF ENVIRONMENTAL PROTECTION
1932 ARTHUR AVENUE, 6TH FLOOR
BRONX, NY 10457

NYC DEPT OF FINANCE
66 JOHN STREET, ROOM 104
NEW YORK, NY 10038

OFFICE OF THE ATTORNEY GENERAL
                            Page 1
```

Romad Creditor Matrix.txt

THE CAPITOL
ALBANY, NY 12224

RH9 HOLDINGS, LLC
115 BROADWAY
ROOM 302
NEW YORK, NY 10006

UNITED STATES ATTORNEY'S OFFICE
ATTN: TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NY 10007

WHITE OAK PROFIT SHARING PLAN
2 WEST 45TH STREET
SUITE #1704
NEW YORK, NY 10036

AIDA DEGANTE
1A
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

SARA REYES
1B
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

ANGEL RICO
1C
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

JOBE HUGHES,
1D
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

LUIS CORDERO
1E
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

CATHERINE RODRIQUEZ
1F
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

MARIA TAVAREZ
1G
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

ADELAIDA MARTINEZ ORTEGA
1H
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

JOHN HOUSTON
2A
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

Page 2

Romad Creditor Matrix.txt

ANASTACIO DEGANTE
2B
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

ANTURO MIRANDA
2C
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

AURA SOSA
2D
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

LEYDA BARRERA
2E
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

DEIDANIA POLANCO
2F
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

MONSERATTE ROSADO
2G
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

GLORIA JIMENEZ
2H
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

MICHAEL JOSEPH
3A
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

ALBERTO VASQUEZ
3B
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

VERONICA ARELLANO
3C
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

CARMEN GRAHAM
3D
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

KEITHLEY BARTHLEY
3E
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

ANITA HOUSTON
3F
2201 DAVIDSON AVENUE

Romad Creditor Matrix.txt

BRONX, NEW YORK 10453

MARIA TOUSSANT
3G
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

EUROD NATHANIEL
3H2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

YESENIA DEGANTE
4A
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

TANVIR WAHID
4B
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

STEVE GARSON
4C
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

CARLOS HERNANDEZ
4D
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

DARLING CARABALLO
4E
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

JUNIE PETERS
4F
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

KELVIN OMONZANE
4G
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

YOLANDA ANTONIO
4H
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

LUCERO RODRIGUEZ
5A
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

JOSEPHINE RAMOS
5B
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

JENNIVER NATAL
5C

Romad Creditor Matrix.txt

2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

MARCIA ABRAHAMS
5D
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

BREILY POLANCO
5E
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

CARLOS TAPIA FUENTES
5F
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

LILLA SPROUL
5G
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

CARMELA GARCIA
5H
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

HYACINTH DAVIS
6A
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

NORA BROWN
6B
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

DERRICK GOMEZ
6C
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

FELIX JIMENEZ
6D
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

MICHAELA SAAVEDRA
6E
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

NERRIJA DANIEL
6F
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

LENNY NICASIO
6G
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453

Romad Creditor Matrix.txt

JOHANNA SOSA
6H
2201 DAVIDSON AVENUE
BRONX, NEW YORK 10453