**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **ROMAD REALTY INC.,** | Case No: 15-20007-rdd |
| Debtor. | |

-----------------------------------------------------------X

### ORDER EXTENDING DEBTOR'S EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES WITH RESPECT THERETO

**UPON** the timely motion, by notice of presentment dated January 26, 2016 (the "Motion") of **Romad Realty Inc.,** the debtor and debtor in possession herein (the "Debtor"), seeking entry of an order pursuant to section 1121(d) of Title 11 of the United States Code (the "Bankruptcy Code") (i) extending the Debtor's exclusive right to file a chapter 11 plan through and including **May 25, 2016,** and (ii) in the event that the Debtor files a chapter 11 plan on or prior to that date, extending the Debtor's exclusive right to solicit acceptances with respect thereto through and including **July 25, 2016**; and there being due and sufficient notice of the Motion; and there being no objections to the requested relief; and no additional notice or hearing being required; and, after due deliberation, the Court having found and concluded that the Debtor has established sufficient cause for the requested relief for the reasons stated in the Motion; now, therefore, it is hereby

**ORDERED,** that the Motion is granted as set forth herein; and it is further

{00773296.DOC;1 }694352

**ORDERED**, that the Debtor's exclusive right under section 1121(b) of the Bankruptcy Code to file a chapter 11 plan is extended through and including **May 25, 2016** (the "Exclusivity Period"); and it is further

**ORDERED**, that if the Debtor files a chapter 11 plan within the Exclusivity Period, the Debtor's exclusive right under section 1121(c)(3) of the Bankruptcy Code to solicit acceptances with respect thereto is extended through and including **July 25, 2016** (the "Acceptance Period"); and it is further

**ORDERED**, that the entry of this Order is without prejudice to the Debtor's right to seek additional extensions of the Exclusivity Period and the Acceptance Period pursuant to section 1121(d) of the Bankruptcy Code and the rights of any other parties in interest under such section.

**DATED:**   White Plains, New York
March 3, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　**HONORABLE ROBERT D. DRAIN**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**